Section 17.2(a) of the Customs Regulations, as amended, provides that no protest signed by an agent or attorney shall be granted or denied by the collector, unless a power of attorney has been filed in the collector's office, authorizing such attorney or agent to make, sign, and file the protest. Where no power of attorney has been filed, the collector is directed to transmit the protest, entry, and accompanying papers to this court, with a communication stating that no power of attorney is on file and that, therefore, the collector has not reviewed his decision.

In such cases, plaintiff is entitled to a hearing before this court, at which time he may produce proof of the authority of the agent to file such protest or that the action of the agent has been ratified. *United States* v. *F. L. Kraemer & Co.,* 17 C.C.P.A. (Customs) 448, T.D. 43879; *United Bulb Co.* v. *United States,* 6 Cust. Ct. 78, C.D. 431; *A. Grove Knutsen* v. *United States,* 10 Cust. Ct. 326, C.D. 776.

These cases have been submitted on a stipulation signed by Abraham Gottfried, as attorney for the plaintiffs, and by George Cochran Doub, Assistant Attorney General, Civil Division, by Richard E. FitzGibbon, chief, Customs Section, attorneys for the defendant. No statement as to agency is contained in the stipulation, nor has the defendant raised the issue. However, since the collector has put the court on notice that the protests may not have been filed by authorized persons, this issue must be disposed of before the case may be considered on its merits. *Hudson-Rissman and H. H. Elder & Co.* v. *United States,* 44 Cust. Ct. 453, Abstract 64140.

In order that the ends of justice may be served, the submission of these cases is set aside and they will be placed on the next Los Angeles docket, in order to give plaintiffs an opportunity of proving that the protests were filed by authorized persons.

It is so ordered.

BEFORE THE SECOND DIVISION, OCTOBER 18, 1960

No. 64729.—Heeksuede, Inc. *v.* United States, protests 59/28117 and 59/28660 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64730.—Daniel F. Young, Inc. *v.* United States, protest 59/30858 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64731.—H. Rosenhirsch Co., Inc. *v.* United States, protest 59/33046 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64732.—Tip Top Brush Co., Inc. *v.* United States, protest 59/33557 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64733.—Foreign Furniture Factors, Inc., et al. *v.* United States, protests 183267-K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are plated with gold, the claim of the plaintiffs was sustained.

No. 64734.—Stern & Stern Textiles, Inc. *v.* United States, protests 300744-K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.

No. 64735.—John Heathcoat & Co., Inc. *v.* United States, protests 326576-K and 58/11317 (New York).